UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMEL JOHNSON,

                    Plaintiff,

      -against-                             24 CIVIL 7175 (LTS)

MOBILE LIFE AMBULANCE, INC.;             CIVIL JUDGMENT
GAYLE METZGER; STEPHANIE GUZMAN
(EMT),

                  Defendants.

        For the reasons stated in the April 15, 2025, order, this action is dismissed.

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 16, 2025
           New York, New York

                                                  /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                           Chief United States District Judge